IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL MOTORS LLC,<br><br>                Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                Defendants. | Case No. 23-cv-04872 |

**PLAINTIFF'S NOTIFICATION OF AFFILIATES
PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2**

The undersigned counsel for General Motors LLC certifies that it is a non-governmental corporate party and that its parent corporation, and all entities or individuals owning 5% or more of its stock, are listed here:

General Motors LLC is a limited liability company organized under the laws of Delaware. The sole member of General Motors LLC is General Motors Holdings LLC, a limited liability company organized under the laws of Delaware. The sole member and owner of General Motors Holdings LLC is General Motors Company, which is a publicly traded Delaware corporation with its principal place of business in Michigan. As of the Annual Proxy Statement filed on April 29, 2022, the following entities or individuals own more than 5% of General Motors Company stock: BlackRock, Inc., The Vanguard Group, Capital Research Global Investors, and Capital World Investors.

1

Dated this 26th day of July 2023.  Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Jake M. Christensen
Rachel S. Miller
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jchristensen@gbc.law
rmiller@gbc.law

*Attorneys for Plaintiff General Motors LLC*